# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **CARA TINSLEY,** | } | |
| **Plaintiff,** | } | |
| v. | } | Case No.: 1:23-cv-00202-RDP |
| **TRIDENT ASSET MANAGEMENT LLC,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (Doc. # 18), filed January 12, 2024, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this January 16, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE